

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | **DANIELLE J. BARRETT**<br>Telephone: (212) 442-3229<br>Fax: (212) 788-0940<br>dbarrett@law.nyc.gov<br>Fax and Email <u>Not</u> For Service of Papers |

August 13, 2010

**BY ECF**

Honorable Andrew L. Carter
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re: <u>Vargas v. City of New York Department of Housing Preservation and Development</u>,
              09 CV 2940 (SLT)(ALC)
              Our No. 09LE024010

Dear Judge Carter:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for defendant in the above-referenced action. I write on behalf of both sides, pursuant to Your Honor's order dated July 26, 2010, to submit the parties' joint status report regarding settlement.

      Plaintiff's counsel has submitted a new settlement demand for defendant's consideration, and defendant's counsel has submitted that demand for further deliberation by this office and the client. Defendant's counsel expects to have confirmation of settlement authority and a counteroffer by August 20, 2010. Accordingly, the parties respectfully request to have until that date to continue settlement discussions in this case.

      We thank you for your consideration of this request.

Respectfully submitted,

**ECF**: /s/

Danielle J. Barrett
Assistant Corporation Counsel

CC: **PAMELA A. ELISOFON**
Attorney for Plaintiff
26 Court Street, Suite 2515
Brooklyn, New York 11242
(By ECF)